IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 19-CR-30058-NJR |
| | ) | |
| GARRY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Alexandria Burns, Assistant United States Attorney for said District, herewith enters into the following Stipulation of Facts with the defendant,

1.      On or about March 9, 2019, at approximately 9:20 p.m., Defendants Larry Rhines, Garry Johnson, and Jalon "Lonnie" Moore, committed an armed robbery of a Sprint store located in Fairview Heights, Illinois, within the Southern District of Illinois. Specifically, Defendant Johnson, Moore, and Rhines entered the Sprint store located at 105 Fray Lane. Once inside the store, Defendant Johnson, Moore, and Rhines each brandished firearms, which were real and loaded with live ammunition, at the store employees while demanding access to the safe. Defendant Johnson, Moore, and Rhines concealed their faces and wore gloves. Defendant Johnson, Moore, and Rhines fled the store with over $6,000.00 in U.S. currency and a store employee's cellular phone.

2.      At the time of the robbery, Sprint was engaged in the retail sale of cellular phones and other items in interstate commerce, and was an industry that affects interstate commerce.

3.     On or about March 28, 2019, at approximately 10:00 p.m., Defendant Johnson, Moore, and Rhines committed an armed robbery of a restaurant located in Collinsville, Illinois, within the Southern District of Illinois. Specifically, Defendant Johnson, Moore, and Rhines entered Marco's Pizza, located at 108 St. Louis Road, through the back door. Once inside the restaurant, Defendant Johnson, Moore, and Rhines brandished two firearms, which were real and loaded with live ammunition, at the restaurant employees and demanded money. Defendant Johnson, Moore, and Rhines wore gloves and hoodies to conceal their identities. Defendant Johnson, Moore, and Rhines fled the restaurant with over $700.00 in U.S. currency in a yellow Chevrolet Camaro with black stripes.

4.     At the time of the robbery, Marco's Pizza, was engaged in the retail sale of food items in interstate commerce and was an industry that affects interstate commerce.

5.     During the investigation, law enforcement identified Defendant Johnson, Moore, and Rhines as suspects. A search warrant was executed on Defendant Johnson's residence in Saint Louis, Missouri, with numerous items being seized, including a Smith & Wesson .40 caliber pistol bearing serial number RAM9160; a Mossberg Maverick pump-action 12 gauge shotgun bearing serial number MV32040H; an Apple iPhone with IMEI: 354889090417450; and various clothing and shoes, all belonging to Defendant Johnson.

**SO STIPULATED:**

STEVEN D. WEINHOEFT
United States Attorney

GARRY JOHNSON
Defendant

ALEXANDRIA BURNS
Assistant United States Attorney

PAUL SIMS
Attorney for Defendant

Date: 1/27/21

Date: 9|2|2021